IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA COALITION )
FOR ISRAEL, et al., )
 )
      Plaintiffs, )
 )
v. ) 1:19CV309
 )
CITY OF DURHAM, )
NORTH CAROLINA, et al., )
 )
      Defendants. )

**ORDER**

The Order and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 18, 2019, was served on the parties in this action, (ECF. Nos. 21, 22). Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss, (ECF No. 10), is GRANTED with respect to Counts One through Six for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that Count Seven is DISMISSED without prejudice to Plaintiffs' pursuit of those claims in state court.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 25th day of November 2019.

                                  /s/ Loretta C. Biggs
                                  United States District Judge